USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
        -against-                        :        **20 CR 263 (VM)**
                                         :             <u>ORDER</u>
MANUEL SUQUILANDA,                       :
                                         :
                     Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that an initial conference in this above matter is scheduled for Friday, May 21, 2021 at 2:00 PM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         12 May 2021

_____
Victor Marrero
U.S.D.J.