UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA        :

      v.        :        **NOTICE OF MOTION**
                                                                      21 Cr. 263 (VM)

**MANUEL ANTONIO SUQUILANDA**,   :

               Defendant.   :
-----------------------------------------------------X

      **PLEASE TAKE NOTICE**, that based on the annexed affirmation of **Sylvie Levine, Esq.**, and documents incorporated therein, the defendant, **Manuel Antonio Suquilanda**, will move this Court, before the **Honorable Victor Marrero**, United States District Judge for the Southern District of New York, at a time to set by the Court, for an Order dismissing the indictment as it was obtained in violation of the Fifth and Sixth Amendments to the United States Constitution and in violation of the Jury Selection and Service Act.

Dated:    New York, New York
              June 6, 2021

                                                        Respectfully submitted,

                                                          DAVID E. PATTON, ESQ.
                                                          Federal Defenders of New York
                                                          52 Duane Street, 10th floor
                                                          New York, NY 10007
                                                          By:   Sylvie Levine
                                                                   Assistant Federal Defender

AUDREY STRAUSS
Acting United States Attorney
One St. Andrew's Plaza
New York, NY 10007
By:   Jane Chong
       Assistant United States Attorney