```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :       21 CR 263 (VM)
          -against-               :       ORDER
                                  :
MANUEL SUQUILANDA,                :
                                  :
                    Defendant.    :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

**VICTOR MARRERO, U.S.D.J.:**

Counsel for Defendant, with the consent of counsel for the Government (see Dkt. No. 22), requests that the status conference currently scheduled for July 16, 2021 be rescheduled. The conference shall be scheduled for Friday August 13, 2021 at 1:00 p.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until August 13, 2021.

It is hereby ordered that time until August 13, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         13 July 2021

_____
Victor Marrero
U.S.D.J.