USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :   **21 CR 263 (VM)**
                                    :
      -against-                    :
                                    :   **ORDER**
MANUEL SUQUILANDA,                  :
                                    :
                Defendant.     :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, September 10, 2021 at 3:30 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
        09 September 2021

_____
Victor Marrero
U.S.D.J.