USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

           -against-                  21 CR 263 (VM)

                                      ORDER

MANUEL SUQUILANDA,

                Defendant.
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The status conference currently scheduled for September 10, 2021 is hereby rescheduled to Friday September 17, 2021 at 11:00 a.m.

    The Court has been informed by defense counsel that the defendant consents to the exclusion of time under the Speedy Trial Act until September 17, 2021.

    It is hereby ordered that time until September 17, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
             10 September 2021

                                                               Victor Marrero
                                                                U.S.D.J.