```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :     **21 CR 263 (VM)**
                                    :
         -against-                  :
                                    :     **ORDER**
MANUEL SUQUILANDA,                  :
                                    :
              Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter currently scheduled on October 15, 2021 at 1:00 PM shall be moved to October 15, 2021 at 2:00 PM.

**SO ORDERED:**

Dated:   New York, New York
         15 October 2021

_____
Victor Marrero
U.S.D.J.