```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **21 CR 263 (VM)**
                                  :
        -against-                 :
                                  :     <u>**ORDER**</u>
MANUEL SUQUILANDA,                :
                                  :
                Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Thursday, October 21, 2021 at 1:00 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         20 October 2021

_____
Victor Marrero
U.S.D.J.