```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :    **21 CR 263 (VM)**
                                  :
        -against-                 :
                                  :    **ORDER**
MANUEL SUQUILANDA,                :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the parties' request to extend the deadline for pretrial submissions by one week (Dkt. No. 42) is granted. Pretrial submissions due December 17, 2021.

**SO ORDERED:**

Dated:   New York, New York
         10 December 2021

_____
Victor Marrero
U.S.D.J.