
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,              :     **21 CR 263 (VM)**
                                       :
        -against-                      :
                                       :     **ORDER**
MANUEL SUQUILANDA,                     :
                                       :
                Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 17, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated:   New York, New York
         22 December 2021

_____
Victor Marrero
U.S.D.J.