```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,              :       **21 CR 263 (VM)**
                                       :
          -against-                    :
                                       :       **ORDER**
MANUEL SUQUILANDA,                     :
                                       :
                    Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from March 17, 2022 to March 11, 2022 at 1:00 PM.

**SO ORDERED:**

Dated:  New York, New York
        23 December 2021

_____
Victor Marrero
U.S.D.J.