```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,        :      21 CR 263 (VM)
                                 :
        -against-                :
                                 :         ORDER
MANUEL SUQUILANDA,               :
                                 :
              Defendant.         :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

At the request of defense counsel, and without objection from the Government, the sentencing of the above-named defendant is rescheduled for May 20, 2022 at 2:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated: New York, New York
       05 April 2022

_____
Victor Marrero
U.S.D.J.