# EXHIBIT A

February 15, 2022

The Children's Village

420 E Fordham Road

Bronx, NY


Re: Suquilanda progress in ████████████████


To Whom It May Concern:


Edwin Suquilanda and ███████████████████████████████████████
███████ The Children's Village.  I am Clinical Supervisor for FFT and am LCAT, BC-DMT, MS licensed mental health clinician. ███████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

██████ They family has come a very long way, accomplishing their goals, we will close successfully 2/17/2022.


Respectfully,

Dominique A. Fickling, M.S., LCAT, BC-DMT
Functional Family Therapy (FFT)
Clinical Supervisor
400 E. Fordham Rd.
Bronx, NY 10458
███████@childrensvillage.org
Cell: ███████████



www.childrensvillage.org



**The Jewish Board**

Seymour Askin Counseling Center, 2020 Coney Island Avenue, Brooklyn, NY 11223
Tel: (718) 676-4286   Fax: (631) 994-7484

February 15, 2022

Judge Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: ███████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

Sincerely,

X_____

Araceli Gonzalez, LCSW

# The Marble Hill School for International Studies

99 Terrace View Avenue, Bronx, NY 10463

Kirsten Larson, Principal     Paul Parris, Assistant Principal     Wanda Dingman, Assistant Principal

April 5, 2022

To Whom It May Concern:



Please feel free to contact me if further information is needed.

Sincerely,

*Wendy Garcia-Vanderhorst*

Wendy Garcia-Vanderhorst
School Counselor
Marble Hill School for International Studies

Phone: (718) 561-0973                                                                                       Fax: (718) 561-5612