# EXHIBIT B

# JOHN AND JOSEPH BONANNO CONSTRUCTION

85 LOOMIS AV.

Yonkers 10704

THIS LETTER IS TO COMFIRM EDWIN ALEXANDER QUINDE SUQUILANDA HAS BEEN WORKING WITH BONNANO CONSTRUCTION FOR THE PAST 3 YEARS HE WORKS FROM MONDAY TO SATURDAY FROM 8-5

IF YOU HAVE ANY QUESTION

CONTACT ME AT

SINCERILY,

JOHN BONANNO

APRIL 5 2022