**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 13, 2022

**VIA EMAIL and ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Manuel Suquilanda**
      **21 Cr. 263 (VM)**

Dear Judge Marrero,

On May 27, 2022, the Court sentenced Mr. Suquilanda to one year of probation, including a 4-month term of house arrest. Dkt. No. 56.

I write to request the release of Mr. Suquilanda's passport, which was surrendered to the United States Pretrial Services Office in the Southern District of New York as a condition of his bail. The government, by Assistant United States Attorney Jane Chong, has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Suquilanda

---

Upon receiving confirmation that Probation does not object, defense counsel's request for a release of defendant's passport is hereby GRANTED.

**SO ORDERED.**

Dated: New York, New York
       14 June 2022

/s/ Victor Marrero
U.S.D.J.